**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERNESTO JOSHUA RAMOS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:15-mj-008-CWH <br><br> **ORDER MODIFYING BOND** |

The Court conducted a hearing on January 12, 2015;

IT IS ORDERED that defendant's appearance bond (docket entry #6) is modified to include the following additional condition: the defendant is prohibited from traveling within 100 yards of the victim's residence or place of employment;

IT IS FURTHER ORDERED that all other conditions of the appearance bond (docket entry #6) previously imposed shall remain in full effect.

DATED this 12th day of January, 2015.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge