DANIEL G. BOGDEN
United States Attorney
NICHOLAS D. DICKINSON
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-mj-00008-CWH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ERNESTO JOSHUA RAMOS, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO CONTINUE PRELIMINARY HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nicholas D. Dickinson Assistant United States Attorney, counsel for the United States of America, and Gabriel Grasso, counsel for Defendant RAMOS, that the preliminary hearing for the above-captioned matter, currently scheduled for August 10, 2015, at the hour of 4:00 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than 30 days.

This stipulation is entered for the following reasons:

1. On June 1, 2015, defendant retained his current counsel Gabriel Grasso. On June 2, 2015, government counsel was informed that defendant retained new counsel.

2. Since the last continuance, defendant's counsel met with the government in an attempt to resolve the case. In addition, Defendant counsel's has met with the defendant several times regarding the case.

3. The parties need an additional short continuance to determine if the case can be resolved pre-indictment.

2. Defendant is not in custody and does not object to the continuance.

3. Denial of this request for continuance of the preliminary hearing would prejudice both the defendant and the government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

6. This is the <u>seventh</u> request for a continuance of the preliminary hearing herein. The parties do not anticipate any additional continuances.

DATED: June 26, 2015.

/s/
NICHOLAS D. DICKINSON
Assistant United States Attorneys
Counsel for the United States

/s/
GABREIL GRASSO
Counsel for Defendant RAMOS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-mj-00008-CWH |
| | ) | |
| | ) | **ORDER CONTINUING** |
| Plaintiff, | ) | **PRELIMINARY HEARING** |
| | ) | |
| vs. | ) | |
| | ) | |
| ERNESTO JOSHUA RAMOS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for July 1, 2015, at the hour of 4:00 p.m., be vacated and continued to __September 24__, 2015 at the hour of _4:00 p.m._

_____
UNITED STATES MAGISTRATE JUDGE